IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| In re: | Chapter 7 |
|---|---|
| Agustine Huerta, Jr., | Case No. 19-24956-kmp |
| Debtor. | |

## NOTICE OF MOTION OF FIFTH THIRD BANK FOR ABANDONMENT AND RELIEF FROM THE AUTOMATIC STAY

Fifth Third Bank, its successors and/or assignees (hereinafter collectively, and at all times material hereto, the "movant"), has filed papers with the court to obtain abandonment and relief from the automatic stay.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on this motion, **within 14 days of the date of this notice**, you or your attorney must do the following:

**Drafted by:**
Attorney Michael Acevedo
Cummisford, Acevedo & Associates, LLC
7071 S. 13th Street, Suite 100
Oak Creek, WI 53154
Phone: 414-761-1700
Fax:    414-255-3008

1

File with the court a written objection and a request for a hearing with:

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202

If you mail your request/response to the court for filing, you must mail it early enough so that the court will receive it within fourteen days of the date of this notice.

You must also mail a copy to all opposing attorneys and the parties, if they are not represented by an attorney, including:

Attorney Michael Acevedo
Cummisford, Acevedo & Associates, LLC
7071 S. 13th Street, Suite 100
Oak Creek, WI 53154

Virginia E. George
Chapter 7 Trustee
Steinhilber Swanson LLP
4212 N. Oakland Avenue
Shorewood, WI 53211

If you, or your attorney, do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated at Oak Creek, Wisconsin this 9th day of August, 2019.

Cummisford, Acevedo & Associates, LLC
Attorneys for Fifth Third Bank

*Michael Acevedo*
Michael Acevedo, #1022634

Pursuant to the Fair Debt Collection Practices Act (15 U.S.C. §1692), we are required to state that we are attempting to collect a debt on our client's behalf and any information we obtain will be used for that purpose.

2