IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Agustine Huerta, Jr., | Case No. 19-24956-kmp |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Michael Acevedo, am an employee of the firm of Cummisford, Acevedo and Associates, LLC, attorneys for Fifth Third Bank. I certify that on the 9th day of August, 2019, I electronically filed the annexed notice of motion and motion for abandonment and relief from the automatic stay. I also certify that copies of these documents were mailed, properly enclosed in a postage paid envelope, or served electronically, to the parties listed on the attached Creditor Mailing Matrix.

_/s/ Michael Acevedo_
Michael Acevedo, #1022634
7071 S. 13th Street, Suite 100
Oak Creek, WI 53154

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 19-24956-kmp<br>Eastern District of Wisconsin<br>Milwaukee<br>Fri Aug  9 09:51:07 CDT 2019 | Advia Credit Union<br>14170 Pennsylvania Rd.<br>Southgate, MI 48195-2133 | CitiMortgage, Inc.<br>c/o Gray & Associates, L.L.P.<br>16345 West Glendale Drive<br>New Berlin, WI 53151-2841 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Advia Credit Union<br>550 S Riverview Dr<br>Parchment, MI 49004-1299 | Bby/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| (p)BLACKHAWK COMMUNITY CREDIT UNION<br>PO BOX 5366<br>JANESVILLE WI 53547-5366 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citimortgage<br>PO box 9438<br>Dept 0251<br>Gaithersburg, MD 20898-9438 |
| Fairann Ernst<br>118 Franklin St.<br>Delavan, WI 53115-1002 | First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 | IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| MB Financial Bank<br>6111 N River Rd<br>Rosemont, IL 60018-5111 | Mercy Health System<br>Mercy Hospital - Janesville<br>PO Box 5003<br>Janesville, WI 53547-5003 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Russell Law Offices SC<br>225 Main St<br>PO Box 66<br>Darlington, WI 53530-0066 | Syncb/lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| WI Dept. of Revenue<br>Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | Agustine Huerta Jr.<br>118 Franklin St.<br>Delavan, WI 53115-1002 | Kristie A. Radloff<br>Bankruptcy Law Center LLP<br>11737 W North Ave.<br>Wauwatosa, WI 53226-2131 |
| Virginia E. George<br>Steinhilber Swanson LLP<br>4212 N. Oakland Avenue<br>Shorewood, WI 53211-2042 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Blackhawk Community Cu
Po Box 5366
Janesville, WI 53547

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Advia Credit Union
550 S. Riverview Dr
Parchment, MI 49004-1299

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22